**No. 11-7015. William J. Olson, Petitioner v. United States.**

565 U.S. 1071, 132 S. Ct. 789, 181 L. Ed. 2d 504, 2011 U.S. LEXIS 8456.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 646 F.3d 569.